### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ST CONSTRUCTION INC. d/b/a Bigg Papa's, a domestic corporation,<br><br>      Plaintiff,<br><br>v.<br><br>1. COLONY INSURANCE COMPANY, a Foreign For Profit Insurance Corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.CIV-15-1140-L<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, ST Construction Inc.d/b/a Bigg Papa's and Defendant, Colony Insurance Company, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. Each party is to bear its own attorney fees and costs. The Plaintiff hereby dismisses this case, in its entirety, with prejudice.

                                            By  s/ Michael D. McGrew
                                            Michael D. McGrew, OBA #013167
                                            MCGREW, MCGREW & ASSOCIATES
                                            400 N. Walker, Suite 115
                                            Oklahoma City, OK 73102
                                            Telephone:  (405) 235-9909
                                            Facsimile:   (405) 235-9929
                                            **COUNSEL FOR PLAINTIFF**

s/ C. William Threlkeld
C. William Threlkeld, OBA #9005
**FENTON, FENTON, SMITH, RENEAU & MOON**
One Leadership Square, Suite 800N
211 North Robinson
Oklahoma City, OK  73102
Telephone:   405.235.4671
Facsimile:    405.235.5247
cwthrelkeld@fentonlaw.com

*ATTORNEYS FOR DEFENDANT,*
*COLONY INSURANCE COMPANY*
